# ELECTRONIC RECORD

**535-14**

COA #   PD-0535-14                    OFFENSE:   DWI

STYLE:   GLOVER, KENNETH WAYNE        COUNTY:   Montgomery

COA DISPOSITION:   AFFMOD            TRIAL COURT:   359th District Court

DATE: 03/26/2014        Publish: NO   TC CASE #:   11-06-06204-CR

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   GLOVER, KENNETH WAYNE v.         CCA #:   **535-14**

_____PRO SE_____ Petition                 CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____                         JUDGE: _____

DATE: _____2/4/2015_____                  SIGNED: _____   PC: _____

JUDGE: _____Per Curiam_____               PUBLISH: _____   DNP: _____

--------------------------

_____SPA_____ PETITION                    _____ MOTION FOR

FOR DISCRETIONARY REVIEW                  REHEARING IN CCA IS: _____

IS _____REFUSED_____                      JUDGE: _____

DATE _____2/4/2015_____

_____Per Curiam_____
JUDGE                                     **ELECTRONIC RECORD**